IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| GREGORY ALLEN THOMAS, #864980 | § | |
| VS. | § | CIVIL ACTION NO. 6:05cv339 |
| TDCJ-CID, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff Gregory Allen Thomas, an inmate confined in the Texas prison system, proceeding *pro se* and *in forma pauperis,* filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge Judith K. Guthrie, who issued a Report and Recommendation concluding that the complaint should be dismissed for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is noted that the comments made throughout the objections about Magistrate Judge Guthrie amount to contempt of court. Despite the provisions of § 1915(g), the Plaintiff persists in engaging in abuse of court. Sanctions are in order. He does not have any money, thus a fine will not suffice.

The provisions of § 1915(g) have not prevented him from engaging in abuse of court, thus a more effective measure is necessary. The only sanction realistically available is a preclusion order. It is accordingly

**ORDERED** that the cause of action is **DISMISSED** with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). The Plaintiff's *in forma pauperis* status is **REVOKED**. The Plaintiff may resume the lawsuit if he pays the entire filing fee of $250 within thirty days from the entry of this Order. It is further

**ORDERED** that the Clerk of Court shall return unfiled any new complaints submitted by the Plaintiff *in forma pauperis*. It is finally

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 20th day of April, 2006.**

_____
WILLIAM M. STEGER
UNITED STATES DISTRICT JUDGE